## STATE OF CONNECTICUT *v.* OMETRIUS PEREZ

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 610 (AC 16917), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Ometrius Perez*, pro se, in support of the petition.

Decided September 8, 2004

## TAMMY HASTINGS *v.* COMMISSIONER OF CORRECTION

The petitioner Tammy Hastings' petition for certification for appeal from the Appellate Court, 82 Conn. App. 600 (AC 23755), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the habeas court lacked subject matter jurisdiction over the petitioner's petition?"

The Supreme Court docket number is SC 17247.

*Adele V. Patterson*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided September 8, 2004